UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re Sealed Matter** | § § § § § | NO. 2:10-mc-00022 |

## ORDER

The Court, having reviewed the motion filed by Dow Jones & Company, Inc. ("Dow Jones"), to intervene in this case and for an order unsealing all documents filed with or by the Court in this case, and it appearing that good cause exists for the granting of such motion, it is hereby

ORDERED that:

(1) Dow Jones be permitted to intervene in this case;

(2) all documents filed with or by the Court in this case be made available online via PACER, redactions only being made of personal information identified in Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1;

(3) all documents related to this case be identified publicly on the electronic docket sheet and made available via PACER.

SIGNED at Corpus Christi, Texas this _____ day of _____, 2014.

_____
Presiding Judge

17