UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE SEALED CASES § § § § § 2:10-mc-22

### ORDER

On June 6, 2014 the Court held a telephone conference with the parties, and after discussion entered orders.

The United States shall respond no later than August 1, 2014 to Dow Jones & Company, Inc.'s Motion to Intervene with legal authorities in support of its position.

Presently assigned to this case for the United States is the Assistant United States Attorney in charge of the Corpus Christi Division. This litigation will have district-wide influence, and will affect not just this division. The Court requires counsel who is familiar with policies of the Office of the United States Attorney for the Southern District of Texas and can speak for it. The United States shall add an additional counsel from the Houston Division of the United States Attorney's Office for the Southern District of Texas no later than June 16, 2014.

It is so ORDERED this 10th day of June, 2014.

HAYDEN W. HEAD, JR.
SENIOR U.S. DISTRICT JUDGE