IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| IN RE: SEALED MATTER | § | 2:05-mc-50 | 2:10-mj-1005 |
|---|---|---|---|
| | § | 2:07-mc-127 | 2:10-mj-1031 |
| | § | 2:10-mc-22 | 2:10-mj-1235 |
| | § | 2:10-mc-23 | 2:12-mj-534 |
| | § | 2:10-mj-1000 | 2:13-mj-497 |
| | § | 2:10-mj-1002 | 2:13-mj-523 |

### ORDER TO TRANSFER

The above numbered cases are transferred to Nelva Gonzales Ramos, United States District Judge, for disposition.

ORDERED this the ___17___ of July, 2014.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE