## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

v.                                                    Case No.: 2:10−mc−00022

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Nelva Gonzales Ramos**

**PLACE:**
> United States Courthouse
> 1133 N. Shoreline Blvd.
> Corpus Christi, Texas 78401

**DATE:**     5/8/2015

**TIME:**     01:30 PM

**TYPE OF PROCEEDING:**     Status Conference

Date:   April 23, 2015

David J. Bradley, Clerk