United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | MISCELLANEOUS ACTION |
| SEALED MATTER | § | NO. 2:10-MC-00022 |

## ORDER

On July 14, 2016, the Court ordered the Government to file redacted documents regarding this case under seal for the Court's review. The Government has filed its redactions ex parte under seal. D.E. 29. After due consideration, the Court APPROVES the redactions and ORDERS the Government to re-file the redacted documents on the docket of this case, available for public view, without seal.

ORDERED this 9th day of August, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE